# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MICHELLE D. LANDIN,

Appellant,

v.

MARILYN MAGINLEY, DANIA PERRY, JIM WHITE & ASSOCIATES, INC.
D/B/A CENTURY 21 JIM WHITE AND ASSOCIATES, INC., and JAMES
R. WHITE, JR.,

Appellees.

No. 2D22-2349

_____

March 8, 2024

Appeal from the Circuit Court for Pinellas County; Cynthia J. Newton,
Judge.

Carroll G. Sanders of CGS Law, P.A., Tampa, for Appellant.

Ryan M. Schmidt of Coats Schmidt, P.A., St. Petersburg, for Appellee
Marilyn Maginley.

Lori A. Heim of Bush Ross, P.A., Tampa, for Appellees Dania Perry, Jim
White & Associates, Inc. D/B/A Century 21 Jim White and Associates,
and James R. White, Jr.

PER CURIAM.

     Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior to official publication.